

**KAUFMAN BORGEEST & RYAN LLP**

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

April 3, 2026

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Brittney Pagan v. Saint Joseph's Medical Practice, P.C.*,
       Civil Action No.: 7:25-cv-02164-KMK-AEK

Dear Judge Karas:

We write jointly with Plaintiff's counsel to request an additional, brief extension of the discovery deadline from May 28, 2026 to July 15, 2026. This request is being made as the Parties' settlement conference before Judge Krause was recently adjourned from April 28, 2026 to May 19, 2026 due to a scheduling conflict on the previously scheduled date. As stated in the Parties' previous letter (ECF No. 40), this extension will allow the Parties to defer the completion of the remaining depositions in this case until after the settlement conference in order to conserve resources that may help facilitate a resolution. This is the Parties' fourth request for an extension, and all previous requests have been granted.

Additionally, the Parties are currently scheduled for a Case Management Conference before Your Honor on April 7, 2026. In light of the foregoing, the Parties would like to inquire as to whether the Case Management Conference should be adjourned to a date following the settlement conference.

We thank you in advance for your consideration of this request.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

NEW YORK              NEW JERSEY              CONNECTICUT              CALIFORNIA

11868493

cc:     All counsel of record (Via ECF)

Both requests are granted, but this will be the last
discovery extension. The case management conference
is adjourned to 7/ 8 /26, at 10:00 The pre-motion letter
deadlines are moved accordingly.

So Ordered.

4/3/26

KAUFMAN BORGEEST & RYAN LLP

11868493